58 P.3d 72

# SUPREME COURT OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| Nelson v. University of Hawai'i | 22236 | 10/31/2002 | Granted | 99 Hawai'i 262, 54 P.3d 433 |
| State v. Cordeiro | 22065 | 11/06/2002 | Denied | 99 Hawai'i 390, 56 P.3d 692 |

| | | | | |
|---|---|---|---|---|
| Crowley v. City and County of Honolulu, Wastewater Management | 23395 | 11/15/2002 | Granted | |
| Kamaunu v. Kaaea | 22852 | 04/23/2002 | Granted | 99 Hawai'i 432, 56 P.3d 734 |
| State v. Moses | 23038 | 11/29/2002 | Granted | |
| State v. Yamamoto | 23517 | 04/22/2002 | Granted | 98 Hawai'i 208, 46 P.3d 1092 |